**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01752-CV

**STUTZ ROAD LIMITED PARTNERSHIP, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-01696-B**

## ORDER

We **GRANT** the October 29, 2014 motion of appellants Stutz Road Limited Partnership and William D. White, III for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court on October 28, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE